UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NITHYANANDA DHANAPEETAM
OF COLUMBUS,                                    Case No. 14-mc-51228

        Plaintiff,                          Paul D. Borman
                                                United States District Judge
v.
                                                Mona K. Majzoub
AARTHI S RAO,                                   United States Magistrate Judge

        Defendant.
_____/

**ORDER:**
**(1) ADOPTING MAGISTRATE JUDGE MONA K. MAJZOUB'S JANUARY 2, 2020 REPORT AND RECOMMENDATION (ECF NO. 31); (2) GRANTING MOTION TO WITHDRAW AS COUNSEL FOR MANICKAM NARAYANAN FILED BY PETITIONER RYAN SWEENEY OF CRAMER, MINOCK & SWEENEY (ECF NO. 28); AND (3) DEEMING WITHDRAWN PLAINTIFF'S TWO MOTIONS FOR CONTEMPT AND SANCTIONS AGAINST AARTHI RAO (ECF NOS. 20, 23) PURSUANT TO PLAINTIFF'S NOTICE OF WITHDRAWAL OF THE TWO MOTIONS (ECF NO. 32)**

On January 2, 2020, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation to grant the Motion to Withdraw as Counsel for Manickam Narayanan filed by Petitioner Ryan Sweeney of Cramer, Minock & Sweeney, P.L.C. (ECF No. 28) and to deny Plaintiff's two Motions for Contempt and Sanctions Against Aarthi Rao, Including Issuance of Bench Warrant and Request for Revocation of Aarthi Rao's U.S. Passport (ECF Nos. 20, 23). (ECF No. 31, Report and Recommendation.)

On January 15, 2020, Plaintiff filed a Notice of Withdrawal of the two Motions (ECF No. 20 and ECF No. 23) for an Order of Contempt and Sanctions Against Aarthi Rao, Including Issuance of Bench Warrant and Request for Revocation of Aarthi Rao's U.S. Passport. (ECF No. 32, Notice of Withdrawal.)

Having reviewed the Report and Recommendation, and there being no timely objections from any party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ORDERS that:

(1) Magistrate Judge Majzoub's January 2, 2020, Report and Recommendation (ECF No. 31) is ADOPTED;

(2) The Motion to Withdraw as Counsel for Manickam Narayanan filed by Petitioner Ryan Sweeney of Cramer, Minock & Sweeney, P.L.C. (ECF No. 28) is GRANTED; and

(3) Plaintiff's two Motions for an Order of Contempt and Sanctions Against Aarthi Rao, Including Issuance of Bench Warrant and Request for Revocation of Aarthi Rao's U.S. Passport (ECF Nos. 20 and 23) are WITHDRAWN.

IT IS SO ORDERED.

Dated: January 31, 2024                     s/ Paul D. Borman
                                            Paul D. Borman
                                            United States District Judge